# United States Court of Appeals for the Federal Circuit

June 25, 2010

**ERRATA**

Appeal Nos. 2009-1102,-1118

**ADVANCED MAGNETIC CLOSURES, INC.,**

**and**

**DAVID JAROSLAWICZ**
AND **JAROSLAWICZ & JAROS, LLC,**

**and**

**ABELMAN, FRAYNE & SCHWAB,**
MOVANT,

v.

**ROME FASTENER CORPORATION, ROME FASTENER SALES CORPORATION, ROMAG FASTENERS, INC.,** AND **RINGS WIRE, INC.,**

Decided: June 11, 2010
Precedential Opinion

Please make the following change:

Page 13, line 26, change "parties" to --parties'--.